IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMONA OPRAY,                              )<br>                                            )<br>            Plaintiff,                     )<br>                                            )<br>      v.                                   )<br>                                            )<br>HARTFORD LIFE AND ACCIDENT                  )<br>INSURANCE COMPANY, the appropriate          )<br>named fiduciary of the GLAXO, INC.,)<br>LONG TERM DISBILITY PLAN, GLAXO,           )<br>INCL, LONG TERM DISABILITY PLAN,           )<br>                                            )<br>            Defendants.                    )<br>_____)| CIV. S-05-536 GEB KJM<br><br><u>ORDER CONTINUING STATUS</u><br><u>PRETRIAL SCHEDULING)</u><br><u>CONFERENCE</u> |

    The "Joint Case Management Conference Statement," filed June 6, 2005, reveals this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference set for June 20, 2005, is continued to August 22, 2005, at 9:00 a.m.  A further

1

1  Joint Status Report shall be filed no later than fourteen (14) days
2  prior to the scheduling conference.[1]
3          IT IS SO ORDERED.
4  Dated:  June 9, 2005

6              /s/ Garland E. Burrell, Jr.
   GARLAND E. BURRELL, JR.
   United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely filing the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

2