UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMONA OPRAY,<br><br>                Plaintiff,<br><br>    v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, the appropriate named fiduciary of the GLAXO, INC. LONG TERM DISABILITY PLAN, GLAXO INC. LONG TERM DISABILITY PLAN,<br><br>                Defendants. | 2:05-cv-00536-GEB-PAN<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

        The "Joint Case Management Conference Statement" ("Statement") filed August 4, 2005, states on page 3 that "Defendants contend that discovery is not appropriate or required in this ERISA action" but fails to indicate Plaintiff's position. Further, the Statement is not signed by the parties. See. L.R. 7-131. Therefore, the Status Conference is continued to September 19, 2005, at 9:00 a.m.

/////
/////
/////
/////
/////
/////

1

A joint status conference report shall be filed no later than September 5, 2005.[1]

IT IS SO ORDERED.

Dated: August 12, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.

2