1  MARK H. LIPTON, ESQ.
   LIPTON HALLBAUER
2  1380 Lead Hill Boulevard, Suite 106
   Roseville, CA 95661
3  Telephone: (916) 652-2221
   Facsimile: (916) 652-1211
4
   Attorney for Plaintiff Ramona Opray
5
   GALTON & HELM LLP
6  DANIEL W. MAGUIRE, State Bar No. 120002
   EDITH S. SHEA, State Bar No. 177578
7  500 South Grand Avenue, Suite 1200
   Los Angeles, California 90071-2624
8  Telephone: (213) 629-8800
   Facsimile: (213) 629-0037
9
   Attorneys for Defendant Hartford Life and Accident Insurance Company
10



FILED

OCT 27 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

11              UNITED STATES DISTRICT COURT

12       EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

13

14  RAMONA OPRAY,                          CASE NO. CV 00536 GEB (PAN)

15              Plaintiff,                 **STIPULATION TO EXTEND TIME
                                           FOR THE FILING OF MOTIONS
16       vs.                               AND FOR PRE-TRIAL
                                           CONFERENCE**
17  HARTFORD LIFE AND ACCIDENT
    INSURANCE COMPANY, the
18  appropriate named fiduciary of the
    GLAXO, INC. LONG TERM
19  DISABILITY PLAN, GLAXO, INC.,
    LONG TERM DISABILITY PLAN,
20
                Defendant.
21
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

5282 / 88524.1

Case No. CV 00536 GEB (PAN)
STIPULATION TO EXTEND DEFENDANTS'
TIME TO RESPOND TO INITIAL COMPLAINT

1  Plaintiff Ramona Opray and Defendant Hartford Life and Accident Insurance
2  Company hereby stipulate and agree as follows. The Court has scheduled the
3  following dates in this action:

4

5  Motion hearing cut-off: November 21, 2005

6

7  Last day to file joint pre-trial statement: January 16, 2006

8

9  Pre-trial Conference: January 23, 2006

10

11  Trial: April 4, 2006.

12

13  The parties request that the pre-trial schedule in this case be continued for
14  approximately sixty five days, to allow the parties sufficient time to complete a
15  mediation before preparing cross-motions for summary judgment in this ERISA
16  matter. The parties have exchanged initial disclosures and have begun settlement
17  discussions in anticipation of mediation. However, due to the parties' (one of which
18  will have to travel from Connecticut to attend the mediation) and the chosen
19  mediator's schedules, the earliest that a mediation can be scheduled in this case is
20  December 20, 2005. The parties have scheduled a mediation for that date, before
21  Retired Judge Raul Ramirez, and request this extension so that mediation can be
22  completed prior to the preparation and filing of motions for summary judgment.

23

24  The parties do not seek an extension of the trial date and have not previously
25  sought an extension of the pre-trial dates in this action. Moreover, the parties expect
26  that they may stipulate to a waiver of the pre-trial conference, because if this case is
27  not resolved on summary judgment, the trial would likely be based solely on briefs
28  and the evidence would likely be limited to the administrative record.

5282 / 88524.1                    2            Case No. CV 00536 GEB (PAN)
                                                STIPULATION TO EXTEND DEFENDANTS'
                                                TIME TO RESPOND TO INITIAL COMPLAINT

1   Wherefore, the parties request that the pre-trial dates be continued as follows:

2

3   Motion hearing cut-off: January 30, 2006;

4

5   Last day to file joint pre-trial statement: March 20, 2006; and

6

7   Pre-trial Conference: March 27, 2006.

8

9   DATED: October 13, 2005            LIPTON HALLBAUER
                                        MARK H. LIPTON
10

11
                                        By: /s/ Mark H. Lipton
12                                             MARK H. LIPTON
                                        Attorneys for Plaintiff Ramona Opray
13

14  DATED: October 13, 2005            GALTON & HELM LLP
                                        DANIEL W. MAGUIRE
15                                      EDITH S. SHEA

16
                                        By: /s/ Edith S. Shea
17                                             EDITH S. SHEA
                                        Attorneys for Defendant Hartford Life and
18                                      Accident Insurance Company

19
                            **ORDER**
20

21

22  IT IS ORDERED that the motion hearing cut-off is continued to January 30,
23  2006, the last day to file a pre-trial statement is continued to March 20, 2006 and the
24  pre-trial conference is continued to March 27, 2006, at 1:30 p.m. The trial
25  date is continued to June 27, 2006, at 9:00 a.m.
26  DATED: October 24, 2005
27                                      UNITED STATES DISTRICT COURT
                                        JUDGE
28

5282 / 88524.1                          3          Case No. CV 00536 GEB (PAN)
                                                   STIPULATION TO EXTEND DEFENDANTS'
                                                   TIME TO RESPOND TO INITIAL COMPLAINT

GALTON & HELM LLP
500 SOUTH GRAND AVENUE, SUITE 1200
LOS ANGELES, CALIFORNIA 90071-2624
TELEPHONE: (213) 629-8800