LIPTON HALLBAUER
MARK H. LIPTON, ESQ.
1380 Lead Hill Boulevard, Suite 106
Roseville, CA 95661
Telephone: (916) 652-2221
Facsimile: (916) 652-1211

Attorneys for Plaintiff Ramona Opray

GALTON & HELM LLP
DANIEL W. MAGUIRE, State Bar No. 120002
E:-Mail:   dmaguire@galtonhelm.com
EDITH S. SHEA, State Bar No. 177578
eshea@galtonhelm.com
500 South Grand Avenue, Suite 1200
Los Angeles, California 90071-2624
Telephone: (213) 629-8800
Facsimile: (213) 629-0037

Attorneys for Defendants Hartford Life and Accident Insurance Company and Glaxo, Inc. Long Term Disability Plan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RAMONA OPRAY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, the appropriate named fiduciary of the GLAXO, INC. LONG TERM DISABILITY PLAN, GLAXO, INC., LONG TERM DISABILITY PLAN,<br><br>　　　　Defendant. | CASE NO. CV 00536 GEB (PAN)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |

///
///
///
///
///
///

5282 / 91246.1

Plaintiff Ramona Opray and Defendants Hartford Life and Accident Insurance Company and the Glaxo, Inc. Long Term Disability Plan hereby stipulate, by and through their counsel of record, that the above-referenced case shall be dismissed with prejudice, with the parties to bear their own separate expenses, costs, and attorneys' fees.

DATED: December 3/, 2005

LIPTON HALLBAUER
MARK H. LIPTON

By: _____
MARK H. LIPTON
Attorneys for Plaintiff Ramona Opray

DATED: January 20, 2006

GALTON & HELM LLP
DANIEL W. MAGUIRE
EDITH S. SHEA

By: _____
EDITH S. SHEA
Attorneys for Defendants Hartford Life and Accident Insurance Company and Glaxo, Inc. Long Term Disability Plan

## ORDER

IT IS HEREBY ORDERED.

DATED: 1/23/06   _____
UNITED STATES DISTRICT COURT JUDGE

5282 / 91246.1

2

Case No. CV 00536 GEB (PAN)
STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER